Andrew K. Alper (State Bar No. 088876)
aalper@frandzel.com
Lawrence S. Grosberg (State Bar No. 42252)
lgrosberg@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 Wilshire Boulevard
Seventeenth Floor
Los Angeles, California 90048-4920
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Plaintiff DAYCO
FUNDING CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DAYCO FUNDING CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SILVERLEAF FINANCIAL, LLC, a Utah Limited liability company; SILVERLEAF FINANCIAL 8, LLC, a Utah limited liability company; SHANE BALDWIN, an individual; and SILVERLEAF FINANCIAL 7, LLC, a Utah limited liability company,<br><br>Defendants. | CASE No. 2:12-CV-09422-R (FMOx)<br><br>[Honorable Manuel L. Real]<br><br>**ORDER ON PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS**<br><br>DATE: August 5, 2013<br>TIME: 10:00 a.m.<br>CTRM: 8<br>   312 North Spring Street<br>   Los Angeles, CA 90012 |

1248184.1 | 033162-0057

ORDER ON PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS

The Motion of Plaintiff Dayco Funding Corporation for Rule 11 Sanctions against Silverleaf Financial, LLC, a Utah limited liability company, Silverleaf Financial 8, LLC, a Utah limited liability company, Silverleaf Financial 7, LLC, a Utah limited liability company, Shane Baldwin, an individual, and their counsel Steven Bergman was heard in Courtroom 8 of the above-entitled Court on August 5, 2013, at 10:00 a.m. Lawrence Grosberg of Frandzel Robins Bloom & Csato, L.C., appeared on behalf of Plaintiff Dayco Funding Corporation, a California corporation ("Plaintiff"). Steven H. Bergman of Richards Brandt Miller Nelson appeared on behalf of Defendants. After reviewing the Motion For Sanctions and Defendants Opposition to the Motion and Plaintiff's Reply, considering oral argument, and good cause appearing therefore, the Court Orders as follows: Plaintiff's Motion For Rule 11 Sanctions is DENIED on the grounds stated by the Court on the record.

IT IS SO ORDERED.

DATED: August 7, 2013



HONORABLE MANUEL L. REAL

## PROOF OF SERVICE

I, the undersigned, declare and certify as follows:

I am over the age of eighteen years, not a party to the within action and employed in the County of Los Angeles State of California. I am employed in the office of Frandzel Robins Bloom & Csato, L.C., members of the Bar of the above-entitled Court, and I made the service referred to below at their direction. My business address is 6500 Wilshire Boulevard, Seventeenth Floor, Los Angeles, California 90048-4920

On **August 6, 2013**, I served true copy(ies) of the **ORDER ON PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS**, the original(s) of which is(are) affixed hereto, to the party(ies) on the attached service list.

☐ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such document(s) were placed in envelopes addressed to the person(s) served hereunder for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices.

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

Andrew K Alper - aalper@frandzel.com, ekidder@frandzel.com, efiling@frandzel.com

Steven H Bergman - steven-bergman@rbmn.com, ladonna-whelchel@rbmn.com, info@bergmanesq.com

I certify under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on **August 6, 2013**, at Los Angeles, California.

*Annette M. Chase*
Annette M. Chase

1248184.1 | 033162-0057         3
ORDER ON PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS